No. 1371, Misc. OWEN ET AL. *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. Petitioners *pro se. Darrell F. Smith,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

No. 1403, Misc. TOVAR *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 1434, Misc. HOWARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *Burton Berkley* for the United States.

No. 1464, Misc. CASTLE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1612, Misc. BROWN *v.* UNITED STATES; and
No. 1627, Misc. JONES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *M. Michael Cramer* and *H. Thomas Sisk* for petitioner in No. 1612, Misc., and *Jean F. Dwyer* for petitioner in No. 1627, Misc. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States in both cases.

No. 1465, Misc. WALSH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Paul A. Renne* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.